

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-23-00009-CR

William Edward **BENDER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 1, Bexar County, Texas
Trial Court No. 656203
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED May 29, 2024.

Irene Rios, Justice